UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIC BUTERBAUGH, Individually and On Behalf
Of All Others Persons Similarly Situated,

                      Plaintiff,

Vs

DELOITTE & TOUCHE USA, LLP and DELOITTE,
SERVICES LLP,

                  Defendants.

**Case No.
07Civ. 2949**

**AFFIDAVIT OF
SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Julio Delara, being duly sworn, deposes and says: I am not a party to this action, am
Over 18 years of age and reside at New York, NY:

On April 20, 2007 at 12:48 p.m. at 1633 Broadway, New York, NY,
I served the within SUMMONS, COMPLAINT AND JURY DEMAND
on DELOITTE SERVICES, defendant therein named, by delivering a true copy of same
to JOHN RUFFINI, designated agent.

The person served is a white male, brown hair, 40-50 years old, 5'10"-6'1" in height,
175-185 pounds.

                                                  Julio Delara
                                                  License No. 991178

Sworn to before me this
20th day of April 2007

NOTARY PUBLIC

CASWELL J. BRYAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-BR5084504
Qualified In Westchester County
My Commission Expires September 02, 2009