UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ERIC BUTERBAUGH, Individually and on Behalf :
of All Other Persons Similarly Situated,            :
                                                    :
                    Plaintiffs,                     :
                                                    :           **NOTICE OF**
        -against-                                   :           **APPEARANCE**
                                                    :
DELOITTE & TOUCHE USA, LLP and                      :           07cv2949
DELOITTE SERVICES LLP                               :
                                                    :
                    Defendants.                     :
                                                    :
-----------------------------------------------------------------X

Notice is hereby given of the appearance of the undersigned as counsel for ERIC

BUTERBAUGH, in the above-entitled action. All further notice and copies of pleadings,

papers, and other material relevant to this action should be directed to and served upon:

> BERGER & GOTTLIEB
> Jeffrey M. Gottlieb, Esq.
> 150 East 18th Street.
> Suite PHR
> New York, NY 10003
> Tel: (212) 228-9795
> Fax: (212) 982-6284

Dated: New York, New York
       May 3, 2007

                                Respectfully submitted,

                                **BERGER & GOTTLIEB**


                                By: /s/ Jeffrey M. Gottlieb
                                    Jeffrey M. Gottlieb (JG 7905)