UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ERIC BUTERBAUGH, Individually and on Behalf
of All Other Persons Similarly Situated,

               Plaintiffs,

               **NOTICE OF**
    -against-               **APPEARANCE**

DELOITTE & TOUCHE USA, LLP and       07cv2949
DELOITTE SERVICES LLP

             Defendants.
-----------------------------------------------------------------X

Notice is hereby given of the appearance of the undersigned as counsel for ERIC BUTERBAUGH, in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

        BERGER & ASSOCIATES
        Bradley Berger, Esq.
        321 Broadway
        New York, NY 10007
        Tel: (800) 529-4444

Dated: New York, New York
       May 3, 2007

        Respectfully submitted,

        **BERGER & ASSOCIATES**

        By: /s/ Bradley Berger
            Bradley Berger (BB1127)