UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ERIC BUTERBAUGH, Individually and on
Behalf of All Other Persons Similarly Situated,

               Plaintiffs,

against

DELOITTE & TOUCHE USA, LLP and
DELOITTE SERVICES LLP,

               Defendants.
----------------------------------------X

Civil No.: 07 CV 2949 (DC)

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto, that the time for defendants to answer, move, or otherwise respond to the complaint herein is extended to and including May 18, 2007.

Dated: New York, New York
       May 11, 2007

LOCKS LAW FIRM, PLLC

By: _____
Seth R. Lesser (SL 5560)
Fran L. Rudich (FR 7577)
110 East 55th St., 12th Floor
New York, NY 10022
Telephone: (212) 838-3333

Jeffrey M. Gottlieb (JG 7905)
BERGER & GOTTLIEB
150 East 18th St., Suite PHR
New York, NY 10003
Telephone: (212) 228-9795

*Attorneys for Plaintiff*

PROSKAUER ROSE LLP

By: _____
Bettina B. Plevan (BP-7460)
Fredric C. Leffler (FL-7998)
1585 Broadway
New York, NY 10036
Telephone: (212) 969-4065

*Attorneys for Defendants*

SO ORDERED:

_____
Hon. Denny Chin
United States District Judge

5/15/07