PROSKAUER ROSE LLP
Bettina B. Plevan (BP-7460)
Fredric C. Leffler (FL-7998)
1585 Broadway
New York, NY 10036
Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
ERIC BUTERBAUGH, Individually and on              :
Behalf of All Other Persons Similarly Situated,   :   07 CV 2949 (DC)
                                                  :
                Plaintiffs,                       :   **(ECF Case)**
                                                  :
      against                                     :
                                                  :   **STATEMENT PURSUANT**
DELOITTE & TOUCHE USA, LLP and                    :   **TO RULE 7.1**
DELOITTE SERVICES LLP,                            :
                                                  :
                Defendants.                       :
------------------------------------------------- X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned attorneys of record for Defendants Deloitte & Touche USA LLP and Deloitte Services LP certify that each has no parent corporation and as partnerships no publicly-held corporation owns stock in either Defendant.

Dated: May 18, 2007
      New York, New York

                              PROSKAUER ROSE LLP

                          By: _/s/ Bettina B. Plevan_
                              Bettina B. Plevan (BP-7460)
                              Fredric C. Leffler (FL-7998)
                              Attorneys for Defendants
                              1585 Broadway
                              New York, NY 10036
                              Phone: (212) 969-3000