AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

Eric Buterbaugh, individually and on behalf of all other persons similarly situated,
Plaintiffs,

-against-

Deloitte & Touche USA, LLP & Deloitte Services LP,
Defendants

**APPEARANCE**

Case Number: 07 CV 2949(DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Eric Buterbaugh

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/28/2007 | /s/ Brian L. Bromberg |
| Date | Signature |
| | Brian L. Bromberg — BB: 6264 |
| | Print Name — Bar Number |
| | 40 Exchange Place, Suite 2010 |
| | Address |
| | New York, NY 10005 |
| | City / State / Zip Code |
| | (212) 248-7906 / (212) 248-7908 |
| | Phone Number / Fax Number |