**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
ERIC BUTERBAUGH, Individually and on Behalf
of All Other Persons Similarly Situated,

                            Plaintiffs,

                                                    **07 CIVIL 2949**

        -against-

DELOITTE & TOUCHE USA, LLP and
DELOITTE SERVICES LLP.

                            Defendants.
-----------------------------------------------------------------x

## AMENDED NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ____Fran L. Rudich_____

[x]     *Attorney*

    [x]     I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __FR7577_____

    [ ]     I am a Pro Hac Vice attorney

    [ ]     I am a Government Agency attorney

    *Law Firm/Government Agency Association*

    From: _____LOCKS LAW FIRM PLLC_____

    To: _____KLAFTER, OLSEN & LESSER LLP_____

[x]     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]     I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

[x]     *Address:* __Klafter, Olsen & Lesser LLP/1311 Mamaroneck Avenue, Suite 220/ White Plains, NY, 10605

[x]     *Telephone Number:* ____(914) 997 - 5656_____

Case 1:07-cv-02949-DC    Document 13    Filed 07/31/2008    Page 2 of 2

[x] *Fax Number:* _____(914) 997 - 2444_____

[x] *E-Mail Address:* _____FRudich@ klafterolsen.com_____

Dated: ___July 31, 2008_____  /s/  Fran L. Rudich_____