**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RAMON BERRIOS and HECTOR AZCONA
DIAZ Individually and on Behalf of All Other
Persons Similarly Situated,

                          Plaintiffs,                    **07 CIVIL 2949**

    -against-

DYNAMEX, INC., LANDAUER
METRPOLITAN, INC. and DOES 1 through
100, jointly and severally.

                          Defendants.
-----------------------------------------------------------------x

**NOTICE OF CHANGE OF ADDRESS**

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ____Seth R. Lesser_____

[x]    *Attorney*

      [x]    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __SL5560_____

      [ ]    I am a Pro Hac Vice attorney

      [ ]    I am a Government Agency attorney

    *Law Firm/Government Agency Association*

    From: _____LOCKS LAW FIRM PLLC_____ _

    To: _____KLAFTER, OLSEN & LESSER LLP_____

[x]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

[x]    *Address:* __Klafter, Olsen & Lesser LLP/1311 Mamaroneck Avenue, Suite 220/ White Plains, NY, 10605

[x]  *Telephone Number:* ____(914) 997 - 5656_____

[x]  *Fax Number:* _____(914) 997 - 2444_____

[x]  *E-Mail Address:* _____SLesser@ klafterolsen.com_____

Dated:  ___July 31, 2008_____   /s/  Seth R. Lesser_____