```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
ERIC BUTERBAUGH,                    :

                Plaintiff,          :
                                                 ORDER
        - against -                 :
                                                 07 Civ. 2949 (DC)
DELOITTE & TOUCHE USA, LLP et al.,  :

                Defendants.         :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

        It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

        SO ORDERED.

Dated:    New York, New York
           September 12, 2008

                                            DENNY CHIN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/08